E-FILED
Friday, 07 July, 2006  03:01:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 97-30037 |
| | ) | |
| LORNA JO TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION and**
<u>**RESTITUTION PAYMENT ORDER**</u>

JEANNE E. SCOTT, U.S. District Judge:

Upon motion of the United States of America, and with the agreement of the Defendant, this Court enters the following restitution payment schedule: (1) The Defendant shall pay $175.00 a month and 25% of Federal tax refunds each year to the "Clerk, United States District Court", referencing Court No. 97-30037-002 on the payment, and mail it to the Clerk, United States District Court, Attn: Finance Department, 100 N. E. Monroe, Rm 309, Peoria, Illinois 61602; (2) The Defendant shall provide an annual financial statement and provide notification of any change of address to the United States Attorneys Office until the restitution is paid in

full or the liability to pay restitution expires.

IT IS THEREFORE SO ORDERED.

ENTER:  July 6, 2006.

    FOR THE COURT:

                          s/ Jeanne E. Scott
                          JEANNE E. SCOTT
            UNITED STATES DISTRICT JUDGE